**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

January 7, 2010

Clerk, U.S. Bankruptcy Court

RE: Magda L. Waldron
    Bankruptcy Case No. 1-05-03148
    Unclaimed Funds For: Farmers & Mechanics Bank
                         110 Thomas Johnson Dr.
                         Frederick MD 21702

Dear Clerk:

Enclosed herewith please find check No. 761377 for $3,733.02 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Carol A. Kreider

Carol A. Kreider
Funds Manager